AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

AIDEMAR GROUP, INC., a California Corporation

*Plaintiff(s)*

v.

HIGHWAYMEN SUPPLY AND PACKAGING LLC, a Washington limited liability company, d/b/a CUSTOM CONES USA

*Defendant(s)*

Civil Action No. 2:25-cv-00313-LK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Highwaymen Supply and Packaging LLC, d/b/a Custom Cones USA, is a Washington limited liability company, with its principal place of business at 4101 Oakesdale Ave SW Suite 200 Renton, Washington, 98057-4817.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tim J. Billick, WSBA No. 46690
Partner, Practus LLP
600 1st Ave, Suite 102
Seattle, WA 98104
Ph. 206-844-6539
Tim.billick@practus.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Marsha Honda*

Date: 02/19/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-00313-LK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/18/2025

/Timothy J Billick/
*Server's signature*

Timothy J Billick
*Printed name and title*

Tim J. Billick, WSBA No. 46690
Partner, Practus LLP
600 1st Ave, Suite 102
*Server's address*

Additional information regarding attempted service, etc: