UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AIDMAR GROUP INC.,

    Plaintiff,

v.

HIGHWAYMEN SUPPLY AND PACKAGING LLC,

    Defendant.

CASE NO. 2:25-cv-00313-LK

ORDER SETTING DEADLINES

| **JURY TRIAL DATE (4 days)** | **Court will set trial date following Claim Construction Order** |
|---|---|
| Disclosure of Asserted Claims and Infringement Contentions (PAT 120) | August 21, 2025 |
| Deadline for joining additional parties | August 29, 2025 |
| Non-Infringement and Invalidity Contentions (PAT 121) and accompanying document production (PAT 122) | October 6, 2025 |
| Parties to exchange Proposed Terms and Claim Elements for Construction (PAT 130) | October 27, 2025 |
| Parties to exchange Preliminary Claim Constructions and Extrinsic Evidence (PAT 131) | November 26, 2025 |
| Parties to file Joint Claim Construction and Prehearing Statement (PAT 132) | January 12, 2026 |
| Construction Expert Disclosures, if necessary (PAT 132) | January 12, 2026 |
| Parties to disclose rebuttal expert reports, if any, regarding Markman issues | February 13, 2026 |
| Completion of claim construction discovery, if necessary (PAT 133) and for amending pleadings | March 3, 2026 |

ORDER SETTING DEADLINES - 1

| | |
|---|---|
| Opening claim construction briefs (noted for the date that the responsive claim construction briefs are due) (PAT 134(a)–(b)) | March 9, 2026 |
| Responsive claim construction briefs (PAT 134(c)) | March 24, 2026 |
| Tutorial (if necessary) (PAT 132(g)) | April 7, 2026 |
| Claim Construction Hearing (PAT 135)[1] | TBD |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 30 days after Claim Construction Order and seven months before trial (TR – 7 mos) |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | TR – 6 mos |
| All motions related to discovery must be filed by | TR – 6 mos |
| Discovery completed by | TR – 5 mos |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)). Such motions must be noted for consideration no later than the fourth Friday thereafter (*see* LCR 7(d)). | TR – 4 mos |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | TR – 2 mos |
| All motions in limine must be filed by | TR – 35 days |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | TR – 21 days |
| Trial briefs, proposed voir dire questions, and deposition designations due | TR – 14 days |
| Pretrial conference scheduled at 10:00 a.m. on | TR – 10 days |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in Judge King's Standing Order, the Local Civil Rules, and Local Patent Rules. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

## TUTORIAL AND CLAIM CONSTRUCTION (MARKMAN) HEARING

The Court or the parties can request that the Court have a tutorial on the subject matter of the patent(s) at issue prior to the Claim Construction Hearing. In those instances, the Court will

---

[1] If a claim construction (Markman) hearing is necessary, one will be set upon at least 20 days' notice to the parties.

schedule a tutorial to occur two to four weeks prior to the Hearing. The parties, in consultation with the Court, will jointly agree to the format of the tutorial, including a summary and explanation of the subject matter at issue. The length of the tutorial will depend upon the subject matter. Visual aids and suggestions for reading materials are encouraged.

Alternatively, depending on the technology involved, the Court may determine that the assistance of a neutral expert would be helpful. In such an instance, the Court may direct the parties to confer and, if possible, reach an agreement as to three experts in the field who would be appropriate to act as a neutral expert to assist the Court during the claim construction proceedings and/or the trial of this matter. The Court will then choose one to appoint as a neutral expert pursuant to Federal Rule of Evidence 706 and Local Patent Rule 132(i). In such a situation, the parties will split the cost of the expert equally.

The claim construction hearing will be set for one full trial day (5 hours). If more or less time is required, the parties are instructed to inform Natalie Wood, Courtroom Deputy, at Natalie_Wood@wawd.uscourts.gov.

PLEASE NOTE: The Court will <u>not</u> rule on dispositive motions that raise issues of claim construction prior to the Markman Hearing, unless special circumstances warrant doing so and leave of Court is obtained in advance of filing.

Dated this 29th day of July, 2025.

*Lauren King*
Honorable Lauren King
United States District Judge